**FCI Lender Services, Inc.**
Toll Free: (800) 931-2424 Hrs.: Mon-Fri 8:00 a.m. - 5:00 p.m. (PT)
Website: www.trustfci.com   NMLS #4920   DRE #01022780
PO BOX 28720 Anaheim CA 92809-0112   Fax: (714) 282-5775

Statement Date: 05/14/2020

# Demand Loan Payoff

| | |
|---|---|
| **Borrower** | MELVIN H KANAN |
| | 2203 AVENUE X |
| | BROOKLYN, NY 11235 |
| | Account: 9160034594 |
| **Servicer** | FCI Lender Services, Inc. |
| | PO BOX 28720 |
| | Anaheim, CA 92809-0112 |
| | 800-931-2424 |

As required by state law, upon receipt of payment in FULL, FCI will process the release of lien, unless directed otherwise by lender.

| | |
|---|---|
| **Estimated Payoff Date** | **5/14/2020** |
| Loan Maturity Date | 12/1/2036 |
| Interest Paid to Date | 1/1/2010 |
| Next Payment Due Date | 2/1/2010 |
| Unpaid Principal Balance of Loan | $909,997.98 |
| Deferred Unpaid Principal Due | $0.00 |
| Note Interest Rate | 6.5000 % |
| Current Interest Rate (May include Default Interest Rate) | 6.5000 % |
| Note Rate Interest Due from 1/1/2010 to 5/14/2020 | $613,351.28 |
| Unaccrued Balance of Default Interest from 1/1/2010 to 5/14/2020 | $0.00 |
| Accrued/Unpaid Interest Due (May include Unpaid Default Interest) | $0.00 |
| Deferred Unpaid Interest Due | $0.00 |
| Unpaid Loan Fees | $0.00 |
| Prepayment Penalty Due | $0.00 |
| Other Payments | $0.00 |
| Late Charges Due from Paid-to-Date | $394.32 |
| Late Charges Unpaid/Due from Previous Payments | $0.00 |
| Late Charges Unpaid/Due & Deferred from Previous Servicer | $0.00 |
| Unpaid Loan Charges or Advances | $152,684.66 |
| Estimated Payoff Charges from Servicer | $95.00 |
| Credit Due from Suspense Account | $0.00 |
| Credit Due from Escrow Account | $0.00 |
| Credit Due from Restricted Funds Account | $0.00 |
| **Estimated Amount to Fully Pay Off this Loan:** | **$1,676,523.24** |
| Please Add Additional Daily Interest Amount if Paying After 5/14/2020 | $164.31 |

**PLEASE BE ADVISED THAT THIS DEMAND IS ONLY AN ESTIMATE.** Additional interest, late charges, fees, and costs may be incurred by the Borrower between the Statement Date and the Payoff Date. ACCORDINGLY, PLEASE CALL (800) 931-2424 ext. 651 TO VERIFY THE PAYOFF AMOUNT PRIOR TO ISSUING PAYMENT.

**Outstanding Checks:**

**Special Instructions:**
**(1) Only Certified Funds, Wire Transfer or Title Company Check will be accepted.**
**(2)** Please make your disbursement payable to: FCI Lender Services, Inc.
**(3)** We reserve the right to amend this demand should any changes occur that would increase the total amount for payoff.
**(4)** PLEASE NOTE THIS DEMAND EXPIRES AND BECOMES NULL AND VOID ON 05/14/2020, as follows: (A) for Payment by Wire, at 2:00 p.m. PT; and (B) for Payment by Certified Funds or Title Company Check, at 5:00 p.m. PT.
**(5)** THE DEMAND FEE IS DUE EVEN IF YOUR TRANSACTION IS CANCELLED.

Sincerely,

**DRAFT REPORTS**
_____
DRAFT REPORTS
FCI Lender Services, Inc.
800-931-2424 x 650
Fax: 714-282-5775

**Attention:** Data provided on this page is for informational purposes only and not to be used for tax purposes or Reinstatements out of Foreclosure. FCI Lender Services, Inc. does not warrant or represent that the information contained herein is accurate. Please call Customer Service for account

| Payment Due Date | Note Rate | Payment Amount | Apply To | | | | | | Unpaid Int Balance | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Principal | Interest | Reserve | Impound | Other | Unp. Int. Acc Late Chg | | |
| 02/01/2010 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 98.58 | $ 0.00 | $ 909,997.98 |
| 03/01/2010 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 98.58 | $ 0.00 | $ 909,997.98 |
| 04/01/2010 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 98.58 | $ 0.00 | $ 909,997.98 |
| 05/01/2010 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 98.58 | $ 0.00 | $ 909,997.98 |
| 06/01/2010 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 07/01/2010 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 08/01/2010 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 09/01/2010 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 10/01/2010 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 11/01/2010 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 12/01/2010 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 01/01/2011 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 02/01/2011 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 03/01/2011 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 04/01/2011 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 05/01/2011 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 06/01/2011 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 07/01/2011 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 08/01/2011 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 09/01/2011 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 10/01/2011 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 11/01/2011 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 12/01/2011 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 01/01/2012 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 02/01/2012 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 03/01/2012 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 04/01/2012 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 05/01/2012 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 06/01/2012 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 07/01/2012 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 08/01/2012 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 09/01/2012 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 10/01/2012 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 11/01/2012 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 12/01/2012 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 01/01/2013 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 02/01/2013 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 03/01/2013 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 04/01/2013 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 05/01/2013 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 06/01/2013 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 07/01/2013 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 08/01/2013 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 09/01/2013 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 10/01/2013 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 11/01/2013 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 12/01/2013 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 01/01/2014 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 02/01/2014 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 03/01/2014 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 04/01/2014 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 05/01/2014 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 06/01/2014 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 07/01/2014 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 08/01/2014 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 09/01/2014 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 10/01/2014 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 11/01/2014 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |

**Attention:** Data provided on this page is for informational purposes only and not to be used for tax purposes or Reinstatements out of Foreclosure. FCI Lender Services, Inc. does not warrant or represent that the information contained herein is accurate. Please call Customer Service for account

| Date | Rate | Pmt | | | | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/01/2014 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 01/01/2015 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 02/01/2015 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 03/01/2015 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 04/01/2015 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 05/01/2015 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 06/01/2015 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 07/01/2015 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 08/01/2015 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 09/01/2015 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 10/01/2015 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 11/01/2015 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 12/01/2015 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 01/01/2016 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 02/01/2016 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 03/01/2016 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 04/01/2016 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 05/01/2016 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 06/01/2016 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 07/01/2016 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 08/01/2016 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 09/01/2016 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 10/01/2016 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 11/01/2016 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 12/01/2016 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 01/01/2017 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 02/01/2017 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 03/01/2017 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 04/01/2017 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 05/01/2017 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 06/01/2017 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 07/01/2017 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 08/01/2017 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 09/01/2017 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 10/01/2017 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 11/01/2017 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 12/01/2017 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 01/01/2018 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 02/01/2018 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 03/01/2018 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 04/01/2018 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 05/01/2018 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 06/01/2018 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 07/01/2018 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 08/01/2018 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 09/01/2018 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 10/01/2018 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 11/01/2018 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 12/01/2018 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 01/01/2019 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 02/01/2019 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 03/01/2019 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 04/01/2019 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 05/01/2019 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 06/01/2019 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 07/01/2019 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 08/01/2019 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 09/01/2019 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 10/01/2019 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 11/01/2019 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 12/01/2019 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |

**Attention:** Data provided on this page is for informational purposes only and not to be used for tax purposes or Reinstatements out of Foreclosure. FCI Lender Services, Inc. does not warrant or represent that the information contained herein is accurate. Please call Customer Service for account

| Date | Rate | | | | | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01/2020 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 02/01/2020 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 03/01/2020 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 04/01/2020 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 05/01/2020 | 6.5000% | $ 4,929.16 | $ 0.00 | $ 4,929.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| 05/14/2020 | 6.5000% | $ 2,135.97 | $ 0.00 | $ 2,135.97 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 909,997.98 |
| | | $ 613,351.28 | $ 0.00 | $ 613,351.28 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 394.32 | | |

** This transaction was already accomplished by the borrower.

| Itemization of Other Fees | | |
|---|---|---|
| Actual Charge Subject to County Recorder's Office | | |
| Description | Destination | Amount |
| Demand Fee | | $30.00 |
| Reconveyance Fee | | $65.00 |
| Recording Fee | | $0.00 |
| Forwarding Fee | | $0.00 |
| | | $95.00 |

| Itemization of Unpaid Charges | | | | | |
|---|---|---|---|---|---|
| Date | Description | Interest Rate | Unpaid Balance | Accrued Interest | Total Due |
| 06/11/2018 | Prior Servicer Escrow Advances | 0.000% | $94,028.50 | $0.00 | $94,028.50 |
| 06/11/2018 | Prior Servicer 3rd Party Advances | 0.000% | $52,027.16 | $0.00 | $52,027.16 |
| 06/11/2018 | Prior Servicer Corp Advance Fees | 0.000% | $6,261.00 | $0.00 | $6,261.00 |
| 08/16/2018 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| 07/01/2018 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| 09/12/2018 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| 10/02/2018 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| 11/01/2018 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| 12/04/2018 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| 01/03/2019 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| 02/01/2019 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| 03/01/2019 | NY Property Inspection Costs - | 0.000% | $16.00 | $0.00 | $16.00 |
| 04/02/2019 | NY Property Inspection Costs - | 0.000% | $16.00 | $0.00 | $16.00 |
| 05/01/2019 | NY Property Inspection Costs - | 0.000% | $16.00 | $0.00 | $16.00 |
| 06/04/2019 | NY Property Inspection Costs - | 0.000% | $16.00 | $0.00 | $16.00 |
| 07/03/2019 | NY Property Inspection Costs - | 0.000% | $16.00 | $0.00 | $16.00 |
| 08/02/2019 | NY Property Inspection Costs - | 0.000% | $16.00 | $0.00 | $16.00 |
| 09/04/2019 | NY Property Inspection Costs - | 0.000% | $16.00 | $0.00 | $16.00 |
| 10/03/2019 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| 11/06/2019 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| 12/05/2019 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| 01/06/2020 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| 02/03/2020 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| 03/02/2020 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| 04/03/2020 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| 05/06/2020 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| | | | | | $152,684.66 |

| Property List |
|---|
| 86 E LAKE DRIVE, MONTAUK NY 11954 |

Attention: Data provided on this page is for informational purposes only and not to be used for tax purposes or Reinstatements out of Foreclosure. FCI Lender Services, Inc. does not warrant or represent that the information contained herein is accurate. Please call Customer Service for account

FCI Lender Services, Inc. * PO BOX 28720 * Anaheim * CA 92809-0112 * NMLS#4920 * DRE # 01022780 * www.trustfci.com