

# CONFIDENTIAL RESEARCH CO.
## A PRIVATE INVESTIGATIONS AGENCY

info@confidentialresearch.com
www.confidentialresearch.com

888 HUGUENOT AVENUE
STATEN ISLAND, NY 10312
OFFICE: 718-966-8196
FAX: 718-966-9316

**MARCH 12, 2020**

*ATTORNEY WORK PRODUCT*
*PRIVILEGED AND CONFIDENTIAL*

**BANK ACCOUNT INVESTIGATION REPORT**
**ON**

**Melvin Kanan**

*This report is confidential and is intended solely for the information and use of the client to whom it is addressed. All information provided in this report was developed from sources deemed reliable; however, Confidential Research Co. does not guarantee the accuracy or completeness of outside agency records. This report is strictly confidential and has been prepared in anticipation of litigation. Its development and the information contained herein are confidential and should always be considered an attorney/client work product. No part of this report may be reproduced, copied or distributed without the express written permission of Confidential Research Co.*

Subject information

NAME:      Melvin Kanan
ADDR:      2770 5th St, #22C, Brooklyn, NY 11224
           111 Melissa Ln, Hawley, PA 18428

 

Banking information

Capital One Bank
3090 Ocean Ave,
Brooklyn, NY 11235

Business Checking account.
Account balance: $927.19
This account is linked to his SSN.

==========

Wayne Bank
63 Welwood Ave,
Hawley, PA 18428

Personal savings account.
Account balance: $1,007.81

We found no other accounts using this subject's name & social security number.
We did find he has a lot of debt including a foreclosure in which he owed $910,000.