**LAW OFFICES OF**
**CHRISTOPHER THOMPSON, ESQ.**
**33 DAVISON LANE EAST**
**WEST ISLIP, NEW YORK 11795**

PH 1(631) 983-8830                                                     FAX 1(631) 983-8831

BY ECF DATED MAY 26, 2020

Magistrate Judge Steven I. Locke
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

       RE:    **JDP Mortgage LLC v. Gosman**
                  **19 cv 05968**

Dear Magistrate Judge Locke:

This office represents the defendant Michele Ann Gosman ("Gosman") in the above. Please accept this writing in response to the letter of Plaintiff's counsel dated May 12, 2020 and uploaded on ECF on May 18, 2020.

Defendants do not believe a motion to appoint a receiver is warranted or authorized at this time. There is no dispute Gosman is the fee owner of the property in question and had no dealings with plaintiff or its predecessors in interest. The property is not rented and is, in fact, occupied by Gosman.

I can see no legitimate purpose for the request and believe this is simply another tactic advanced by plaintiff to further harass my client.

Furthermore, to the extent the Court is inclined to allow Plaintiff to go forward with said motion it is respectfully requested that a period of thirty (30) days be given for a response as I do not currently have access to Westlaw or Lexis for legal research. I normally perform my legal research at the Central Islip Courthouse law library. Mr. Kalish did not object to my request for this timeframe to respond. Respectfully submitted,

I remain,

Very truly yours,

*Christopher Thompson, ESQ.*
Christopher Thompson, ESQ.
CT:ct

cc: Adam Kalish, ESQ. (via ecf)