

# THE LAW FIRM OF
# ADAM KALISH
## P.C.

## 182A 26th Street, Suite 2R, Brooklyn, N.Y., 11232

Adam Kalish Esq.
Office: (718) 857 – 3664
Email: Adam.Kalish@Kalishpc.com

*Hon. Frank Seddio, of Counsel
Former Judge, Surrogate's Court,
Kings County

August 24, 2020

Christopher Thompson
33 Davison Lane East
West Islip, New York 11795

    Re: JDP Mortgage LLC v. Gosman
    19-cv-05968

Dear Mr. Thompson:

    PLEASE TAKE NOTICE, that upon the annexed letter of Adam Kalish, Esq., dated August 24, 2020, the exhibits annexed thereto, and upon all the pleading and proceedings heretofore had herein, the undersigned will move this Court on September 11, 2020 for an order (i) pursuant to Federal Rules of Civil Procedure Rule 66, providing an order for a receiver to be appointed for the property (iii) for such other, further and different relief as this Court deem just, equitable and proper.

    PLEASE TAKE FURTHER NOTICE, that answering papers, if any, are required to be served upon the undersigned to be bundled for filing.



# THE LAW FIRM OF
# ADAM KALISH
### P.C.

## 182A 26th Street, Suite 2R, Brooklyn, N.Y., 11232

Adam Kalish Esq.
Office: (718) 857 – 3664
Email: Adam.Kalish@Kalishpc.com

*Hon. Frank Seddio, of Counsel
Former Judge, Surrogate's Court,
Kings County

August 24, 2020

**VIA ECF**

Magistrate Judge Steven I. Locke
100 Federal Plaza
Central Islip, New York 11722

    Re: <u>JDP Mortgage LLC v. Gosman</u>
    19-cv-05968

Dear Judge Locke:

    I am the attorney for Plaintiff JDP Mortgage LLC in the above referenced matter. This letter is written pursuant to your individual rules and local civil rules 37.1 and 37.3 for a motion pursuant to Federal Rules of Civil Procedure R. 66 for the appointment of a receiver.

**Factual Background:** This action stems from the Defendant interfering with JDP Mortgage LLC's security documents placed on the premises known as 86 East Lake Drive, Montauk, New York 11954. Defendant purchased the property on November 25, 2014 and was aware at the time of the purchase that the property was in foreclosure with the previous lender. On May 14, 2018, the note and security agreement were assigned to JDP Mortgage LLC. Since acquiring the property, the defendant has interfered with JDP Mortgage LLC's right to protect its rights in the property, including to but not limited to leasing the property for the benefit of the lender.

**The Appointment of a Receiver is warranted:** "'[T]he appointment of a receiver is considered to be an extraordinary remedy', and ... should be employed cautiously and granted only when clearly necessary to protect plaintiff's interests in the property." <u>Citibank, N.A. v. Nyland (CF8) Ltd.</u>, 839 F.2d 93, 97 (2d Cir. 1988).

Magistrate Judge Steven I. Locke
United States District Court
Eastern District of New York
Re: JDP Mortgage LLC v. Gosman
19-cv-05968

    In New York, an owner of a property is entitled to rents until there is a default under the terms of the mortgage secured by the property. See *New York Life Ins. Co. v. Fulton Development Co.*, 265 N.Y. 348, 193 N.E. 169 (1934). A mortgagee's right to the appointment of a receiver arises either where there is a clause in the mortgage that expressly provides for a receiver or where right grows out of facts extrinsic to the mortgage contract. See *Holmes v. Gravenhorst*, 263 N.Y. 148, 188 N.E. 285 (1933). In the absence of a mortgage covenant authorizing the appointment of a receiver, a mortgage holder seeking the appointment of a receiver of rents must establish a lack of equity in the mortgaged premises and that the mortgagor is insolvent. See *Graybill v. Heylman*, 139 A.D. 898, 123 N.Y.S. 622 (1st Dept. 1910); *Finch v. Flanagan*, 208 A.D. 251, 203 N.Y.S. 560 (3d Dept. 1924); *Clinton Capital Corp. v. One Tiffany Place Developers*, 112 A.D.2d 911, 492 N.Y.S.2d 427 (2d Dept. 1985); *First Nat. Bank of Glens Falls v. Caputo*, 124 A.D.2d 417, 507 N.Y.S.2d 516 (3d Dept. 1986); *W.I.M. Corporation v. Cipulo*, 216 A.D. 46, 214 N.Y.S. 718 (1st Dept. 1926); *Finch v. Ray*, 208 A.D. 251, 203 N.Y.S. 560 (3d Dept. 1924); *Rabinowitz v. Power*, 131 A.D. 892, 115 N.Y.S. 266 (1st Dept. 1909); *In re Wickings' Estate*, 162 Misc. 357, 294 N.Y.S. 598 (Sur. Ct. 1937). *Compare Manhattan Life Ins. Co. v. Hammerstein Opera Co.*, 180 A.D. 69, 167 N.Y.S. 245 (1st Dept. 1917). Equity is defined as the "... difference between the property value and the total amount of liens against (the property)." *In re 6200 Ridge*, 69 B.R. 837, 842 (Bankr.E.D.Pa.1987); see *In re Kaplan Breslaw Ash, LLC*, 264 B.R. 309, 322 (Bankr. S.D.N.Y. 2001). Insolvency is defined as "when the present fair salable value of [an individual's] assets is less than the amount that will be required to pay his probable liability on his existing debts as they become absolute and matured." N.Y. Debt. & Cred. Law § 271.

    The current payoff of the mortgage for the premises is One Million, Six Hundred Seventy-Six Thousand, Five Hundred Twenty Three Dollars and Twenty Four Cents ($1,676,523.23). See Exhibit A, attached to this letter and made part of the record heretofore. The last appraisal of the property demonstrates that the property could sell for One Million Four Hundred Fifty Thousand ($1,450,000.00) in the pre-Covid 19 market. See Exhibit B, attached to this letter and made part of the record heretofore. Under the best-case scenario, that would be a deficiency of Two Hundred Twenty-Six Thousand, Five Hundred Twenty-Three dollars and Twenty-Three Cents ($226,523.23). Asset searches have already been done on the mortgagor; such searches demonstrate an inability for the Plaintiff to recover any deficiency judgment against the mortgagor. See Exhibit C, attached to this letter and made part of the record heretofore.

    Moreover, it has been communicated to the Plaintiff's counsel by the Defendant's Counsel that the Defendant has exacerbated the problem of collecting rent from this property during the period of time that this matter is open by moving into the property and further interfering with the Plaintiff's ability to protect the property and recuperate income from the property.

    As such, the Plaintiff respectfully requests that the Court grant Plaintiff's ancillary relief for a Receiver to be appointed to demand, collect, receive from the tenants of the property, their sublessees or other occupants in possession, all rents, maintenance fees and or other charges relating to the property, now due and unpaid or which become due hereafter. To commence, prosecute, defend, and compromise all legal proceedings pending or otherwise, necessary for the

protection and or preservation of the property and or to recover possession of the whole or any part thereof, but not limited to proceeding for the collection of rents, maintenance fees and other charges relating to the property due or hereafter to become due and for removal of any tenant, subtenant, and or occupant in possession of any part of the property. To rent or lease, from time to time, and to renew and or modify such rental or leases, any part of the property on such terms as the Plaintiff shall consent. To keep the property insured against loss from theft, vandalism, fire or public liability or any other risk deemed prudent by the receiver. To pay taxes, assessments for public improvements and common element charges. To make the repairs necessary for the preservation of the property or any part thereof and bring the property into conformity with all laws, ordinances or regulations pertaining to the property. To retain counsel if it deems such necessary to fulfil its duties. To retain and pay over to itself, as incurred, expenses incurred by the Receiver in fulfilling its obligations pursuant to this order, including out of pocket expenses, provided, that any costs that are unusual shall require court approval.

Thank you for your courtesies

Respectfully submitted,

The Law Firm of Adam Kalish P.C.

Adam Kalish

Cc Christopher Thompson
33 Davison Lane East
West Islip, New York 11795



## FCI Lender Services, Inc.
Toll Free: (800) 931-2424 Hrs.: Mon-Fri 8:00 a.m. - 5:00 p.m. (PT)
Website: www.trustfci.com  NMLS #4920  DRE #01022780
PO BOX 28720 Anaheim CA 92809-0112  Fax: (714) 282-5775

**Statement Date: 05/14/2020**

# Demand Loan Payoff

| Borrower | | Servicer | |
|---|---|---|---|
| MELVIN H KANAN | | FCI Lender Services, Inc. | |
| 2203 AVENUE X | | PO BOX 28720 | |
| BROOKLYN, NY 11235 | | Anaheim, CA 92809-0112 | |
| Account: 9160034594 | | 800-931-2424 | |

As required by state law, upon receipt of payment in FULL, FCI will process the release of lien, unless directed otherwise by lender.

| | |
|---|---|
| **Estimated Payoff Date** | 5/14/2020 |
| Loan Maturity Date | 12/1/2036 |
| Interest Paid to Date | 1/1/2010 |
| Next Payment Due Date | 2/1/2010 |
| Unpaid Principal Balance of Loan | $909,997.98 |
| Deferred Unpaid Principal Due | $0.00 |
| Note Interest Rate | 6.5000 % |
| Current Interest Rate (May include Default Interest Rate) | 6.5000 % |
| Note Rate Interest Due from 1/1/2010 to 5/14/2020 | $613,351.28 |
| Unaccrued Balance of Default Interest from 1/1/2010 to 5/14/2020 | $0.00 |
| Accrued/Unpaid Interest Due (May include Unpaid Default Interest) | $0.00 |
| Deferred Unpaid Interest Due | $0.00 |
| Unpaid Loan Fees | $0.00 |
| Prepayment Penalty Due | $0.00 |
| Other Payments | $0.00 |
| Late Charges Due from Paid-to-Date | $394.32 |
| Late Charges Unpaid/Due from Previous Payments | $0.00 |
| Late Charges Unpaid/Due & Deferred from Previous Servicer | $0.00 |
| Unpaid Loan Charges or Advances | $152,684.66 |
| Estimated Payoff Charges from Servicer | $95.00 |
| Credit Due from Suspense Account | $0.00 |
| Credit Due from Escrow Account | $0.00 |
| Credit Due from Restricted Funds Account | $0.00 |
| **Estimated Amount to Fully Pay Off this Loan:** | **$1,676,523.24** |
| Please Add Additional Daily Interest Amount if Paying After 5/14/2020 | $164.31 |

PLEASE BE ADVISED THAT THIS DEMAND IS ONLY AN ESTIMATE. Additional interest, late charges, fees, and costs may be incurred by the Borrower between the Statement Date and the Payoff Date. ACCORDINGLY, PLEASE CALL (800) 931-2424 ext. 651 TO VERIFY THE PAYOFF AMOUNT PRIOR TO ISSUING PAYMENT.

**Outstanding Checks:**

**Special Instructions:**
(1) Only Certified Funds, Wire Transfer or Title Company Check will be accepted.
(2) Please make your disbursement payable to: FCI Lender Services, Inc.
(3) We reserve the right to amend this demand should any changes occur that would increase the total amount for payoff.
(4) PLEASE NOTE THIS DEMAND EXPIRES AND BECOMES NULL AND VOID ON 05/14/2020, as follows: (A) for Payment by Wire, at 2:00 p.m. PT; and (B) for Payment by Certified Funds or Title Company Check, at 5:00 p.m. PT.
(5) THE DEMAND FEE IS DUE EVEN IF YOUR TRANSACTION IS CANCELLED.

Sincerely,
## DRAFT REPORTS

DRAFT REPORTS
FCI Lender Services, Inc.
800-931-2424 x 650
Fax: 714-282-5775

Attention: Data provided on this page is for informational purposes only and not to be used for tax purposes or Reinstatements out of Foreclosure. FCI Lender Services, Inc. does not warrant or represent that the information contained herein is accurate. Please call Customer Service for account

FCI Lender Services, Inc. * PO BOX 28720 * Anaheim * CA 92809-0112 * NMLS#4920 * DRE # 01022780 * www.trustfci.com

| Payment Due Date | Note Rate | Payment Amount | Principal | Interest | Reserve | Impound | Other | Unp. Int. Acc Late Chg | Unpaid Int Balance | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/01/2010 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $98.58 | $0.00 | $909,997.98 |
| 03/01/2010 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $98.58 | $0.00 | $909,997.98 |
| 04/01/2010 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $98.58 | $0.00 | $909,997.98 |
| 05/01/2010 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $98.58 | $0.00 | $909,997.98 |
| 06/01/2010 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $98.58 | $0.00 | $909,997.98 |
| 07/01/2010 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 08/01/2010 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 09/01/2010 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 10/01/2010 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 11/01/2010 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 12/01/2010 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 01/01/2011 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 02/01/2011 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 03/01/2011 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 04/01/2011 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 05/01/2011 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 06/01/2011 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 07/01/2011 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 08/01/2011 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 09/01/2011 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 10/01/2011 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 11/01/2011 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 12/01/2011 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 01/01/2012 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 02/01/2012 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 03/01/2012 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 04/01/2012 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 05/01/2012 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 06/01/2012 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 07/01/2012 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 08/01/2012 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 09/01/2012 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 10/01/2012 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 11/01/2012 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 12/01/2012 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 01/01/2013 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 02/01/2013 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 03/01/2013 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 04/01/2013 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 05/01/2013 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 06/01/2013 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 07/01/2013 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 08/01/2013 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 09/01/2013 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 10/01/2013 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 11/01/2013 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 12/01/2013 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 01/01/2014 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 02/01/2014 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 03/01/2014 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 04/01/2014 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 05/01/2014 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 06/01/2014 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 07/01/2014 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 08/01/2014 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 09/01/2014 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 10/01/2014 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 11/01/2014 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |

Attention: Data provided on this page is for informational purposes only and not to be used for tax purposes or Reinstatements out of Foreclosure. FCI Lender Services, Inc. does not warrant or represent that the information contained herein is accurate. Please call Customer Service for account

FCI Lender Services, Inc. * PO BOX 28720 * Anaheim * CA 92809-0112 * NMLS#4920 * DRE # 01022780 * www.trustfci.com

| Date | Rate | Payment | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/01/2014 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| 01/01/2015 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 02/01/2015 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 03/01/2015 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 04/01/2015 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 05/01/2015 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 06/01/2015 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 07/01/2015 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 08/01/2015 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 09/01/2015 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 10/01/2015 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 11/01/2015 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 12/01/2015 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 01/01/2016 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 02/01/2016 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 03/01/2016 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 04/01/2016 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 05/01/2016 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 06/01/2016 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 07/01/2016 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 08/01/2016 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 09/01/2016 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 10/01/2016 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 11/01/2016 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 12/01/2016 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 01/01/2017 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 02/01/2017 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 03/01/2017 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 04/01/2017 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 05/01/2017 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 06/01/2017 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 07/01/2017 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 08/01/2017 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 09/01/2017 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 10/01/2017 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 11/01/2017 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 12/01/2017 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 01/01/2018 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 02/01/2018 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 03/01/2018 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 04/01/2018 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 05/01/2018 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 06/01/2018 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 07/01/2018 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 08/01/2018 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 09/01/2018 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 10/01/2018 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 11/01/2018 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 12/01/2018 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 01/01/2019 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 02/01/2019 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 03/01/2019 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 04/01/2019 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 05/01/2019 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 06/01/2019 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 07/01/2019 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 08/01/2019 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 09/01/2019 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 10/01/2019 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 11/01/2019 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 12/01/2019 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |

Attention: Data provided on this page is for informational purposes only and not to be used for tax purposes or Reinstatements out of Foreclosure. FCI Lender Services, Inc. does not warrant or represent that the information contained herein is accurate. Please call Customer Service for account

FCI Lender Services, Inc. * PO BOX 28720 * Anaheim * CA 92809-0112 * NMLS#4920 * DRE # 01022780 * www.trustfci.com

| Date | Rate | Amount | | | | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01/2020 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 02/01/2020 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 03/01/2020 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 04/01/2020 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 05/01/2020 | 6.5000% | $4,929.16 | $0.00 | $4,929.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| 05/14/2020 | 6.5000% | $2,135.97 | $0.00 | $2,135.97 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $909,997.98 |
| | | $613,351.28 | $0.00 | $613,351.28 | $0.00 | $0.00 | $0.00 | $0.00 | $394.32 | | |

** This transaction was already accomplished by the borrower.

### Itemization of Other Fees
Actual Charge Subject to County Recorder's Office

| Description | Destination | Amount |
|---|---|---|
| Demand Fee | | $30.00 |
| Reconveyance Fee | | $65.00 |
| Recording Fee | | $0.00 |
| Forwarding Fee | | $0.00 |
| | | $95.00 |

### Itemization of Unpaid Charges

| Date | Description | Interest Rate | Unpaid Balance | Accrued Interest | Total Due |
|---|---|---|---|---|---|
| 06/11/2018 | Prior Servicer Escrow Advances | 0.000% | $94,028.50 | $0.00 | $94,028.50 |
| 06/11/2018 | Prior Servicer 3rd Party Advances | 0.000% | $52,027.16 | $0.00 | $52,027.16 |
| 06/11/2018 | Prior Servicer Corp Advance Fees | 0.000% | $6,261.00 | $0.00 | $6,261.00 |
| 08/16/2018 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| 07/01/2018 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| 09/12/2018 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| 10/02/2018 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| 11/01/2018 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| 12/04/2018 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| 01/03/2019 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| 02/01/2019 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| 03/01/2019 | NY Property Inspection Costs - | 0.000% | $16.00 | $0.00 | $16.00 |
| 04/02/2019 | NY Property Inspection Costs - | 0.000% | $16.00 | $0.00 | $16.00 |
| 05/01/2019 | NY Property Inspection Costs - | 0.000% | $16.00 | $0.00 | $16.00 |
| 06/04/2019 | NY Property Inspection Costs - | 0.000% | $16.00 | $0.00 | $16.00 |
| 07/03/2019 | NY Property Inspection Costs - | 0.000% | $16.00 | $0.00 | $16.00 |
| 08/02/2019 | NY Property Inspection Costs - | 0.000% | $16.00 | $0.00 | $16.00 |
| 09/04/2019 | NY Property Inspection Costs - | 0.000% | $16.00 | $0.00 | $16.00 |
| 10/03/2019 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| 11/06/2019 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| 12/05/2019 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| 01/06/2020 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| 02/03/2020 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| 03/02/2020 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| 04/03/2020 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| 05/06/2020 | NY Property Inspection Costs | 0.000% | $16.00 | $0.00 | $16.00 |
| | | | | | $152,684.66 |

### Property List

86 E LAKE DRIVE, MONTAUK NY 11954

Attention: Data provided on this page is for informational purposes only and not to be used for tax purposes or Reinstatements out of Foreclosure. FCI Lender Services, Inc. does not warrant or represent that the information contained herein is accurate. Please call Customer Service for account

FCI Lender Services, Inc. * PO BOX 28720 * Anaheim * CA 92809-0112 * NMLS#4920 * DRE # 01022780 * www.trustfci.com

# BPOPro™
EXTERIOR

PROPERTY ADDRESS:
86 East Lake Drive
Montauk, NY 11954

BORROWER NAME:

COUNTY:
SUFFOLK

REFERENCE NUMBER:

REPORT DATE:
02/19/2020

| | Recommended List Price | Estimated Sale Price | |
|---|---|---|---|
| As-Is Value | $1,450,000 | $1,399,000 | |
| 30-Day Quick-Sale Value | $1,390,000 | $1,350,000 | |
| Cost-To-Cure | $0 | $0 | |
| As-Repaired Value | $1,450,000 | $1,399,000 | |

## Subject Overview

| | | | |
|---|---|---|---|
| Property Type: | Single Family Detached | Land Value: | $500,000 |
| Estimated Rent: | $6,000 | Is the Subject Listed? | No |
| Owner Occupied: | yes | Bank Owned/REO: | No |

## Market Trends

| | | | |
|---|---|---|---|
| Neighborhood: | Stable | Overall Market: | Stable |
| Market Supply: | Normal | Foreclosure Activity: | Moderate |

## Subject Property / Sold Comparables ($976,500 - $1,795,000) / Listed Comparables ($749,900 - $1,399,000)

| | Subject Property | S1 | S2 | S3 | L1 | L2 | L3 |
|---|---|---|---|---|---|---|---|
| Street Address | 86 East Lake Drive Montauk, NY 11954 | 18 Sanger Place Montauk, NY 11954 | 35 Franklin Drive Montauk, NY 11954 | 19 Galton Place Montauk, NY 11954 | 34 Talkhouse Ln Montauk, NY 11954 | 33 Gannet Dr Montauk, NY 11954 | 73 Gannet Dr Montauk, NY 11954 |
| APN | 0300-020.00-03.00-00 | 0300-010.00-03.00-00 | 0300-028.00-03.00-03 | 0300-019.00-07.00-03 | 0300-019.00-03.00-04 | 0300-004.00-07.00-01 | 0300-011.00-01.00-00 |
| Proximity to Subject | 2.004 | 9.000 | 8.000 | 6.001 | 1.000 | 4.000 | 9.001 |
| | | 1.049 Miles | 4.0 Miles | 1.401 Miles | 0.838 Miles | 2.495 Miles | 2.429 Miles |
| Sale Price | N/A | $1,425,000 | $1,795,000 | $976,500 | | | |
| Sale Date | N/A | 11/25/2019 | 01/17/2020 | 11/27/2019 | | | |
| REO/Short Sale | No | No | No | No | | | |
| Original List Price | N/A | $1,395,000 | $1,795,000 | $888,000 | $2,600,000 | $749,900 | $925,000 |
| Original List Date | N/A | 09/26/2019 | 10/08/2019 | 08/31/2019 | 06/21/2019 | 10/10/2019 | 02/01/2020 |
| Total DOM | N/A | 60 | 101 | 88 | 245 | 133 | 19 |
| DOM at Current Price | N/A | 32 | 42 | 52 | 67 | | |
| Current List Price | N/A | N/A | N/A | N/A | $1,399,000 | $749,900 | $925,000 |
| Current List Date | N/A | N/A | N/A | N/A | 12/15/2019 | 10/10/2019 | 02/01/2020 |
| MLS Number | N/A | 3142230 | 3171845 | 3165155 | 3140938 | 3171726 | 3196453 |
| Location | N;Res | N;Res | N;Res | N;Res | N;Res | N;Res | N;Res |
| Site Size | 1.000 Acres | 7,405 sq ft | 6,098 sq ft | 1.000 Acres | 1.550 Acres | 7,405 sq ft | 14,810 sq ft |
| View | B;Wtr | N;Res | B;Res;Wtr | N;Res | B;Wtr | N;Res | N;Res |
| Quality of Construction | Q4 | Q4 | Q4 | Q4 | Q4 | Q4 | Q4 |
| Actual Age | 49 | 40 | 40 | 25 | 37 | 19 | 56 |
| Condition | C4 | C4 | C3 | C4 | C4 | C4 | C4 |
| As Compared to Subject | N/A | Inferior | Similar or Model Match | Similar or Model Match | Similar or Model Match | Similar or Model Match | Similar or Model Match |
| Bed/Bath Count | 3  2.0 | 4  2.0 | 3  3.0 | 2  2.0 | 2  2.1 | 3  1.0 | 4  2.0 |
| Gross Living Area | 2,000 | 2,056 | 2,100 | 2,198 | 2,300 | 1,400 | 2,000 |
| Total Basement Area | 1,000 | 0 | 1,000 | 800 | 800 | 1,000 | 0 |
| Finished Basement Area | 0 | 0 | 800 | 800 | 700 | 0 | 0 |
| Garage/Carport | 1ga | 2dw | 2dw | 2ga | 2ga | 1gd | 1ga |
| Amenities | Lake V | FP | FP | FP | FP,P | | |

Clarocity

Order# 38184 | Summary | Page 1 of 10

# BPOPro™
EXTERIOR

PROPERTY ADDRESS:
86 East Lake Drive
Montauk, NY 11954

BORROWER NAME:

COUNTY:
SUFFOLK

REPORT DATE:
02/19/2020

REFERENCE NUMBER:

## Location Map



Overhead Subject Image



Bird's Eye View



Street View

| | | Proximity | Estimated Value |
|---|---|---|---|
| **Subject Property** | | | |
| S | 86 East Lake Drive | n/a | $1,399,000 |
| **Sold Comparables** | | Proximity | Estimated Value |
| S1 | 16 Sanger Place | 1.049 Miles | $1,395,000 |
| S2 | 35 Franklin Drive | 4.05 Miles | $1,795,000 |
| S3 | 19 Galton Place | 1.401 Miles | $888,000 |
| **Listed Comparables** | | Proximity | Estimated Value |
| L1 | 34 Talkhouse Ln | 0.838 Miles | $2,600,000 |
| L2 | 33 Gannet Dr | 2.50 Miles | $749,900 |
| L3 | 73 Gannet Dr | 2.43 Miles | $925,000 |

BPOPro™ EXTERIOR

PROPERTY ADDRESS:
86 East Lake Drive
Montauk, NY 11954

BORROWER NAME:

COUNTY:
SUFFOLK

REFERENCE NUMBER:

REPORT DATE:
02/19/2020

## Property Characteristics

| | |
|---|---|
| Property Use | Single-Family Detached |
| Occupancy Status | Occupied |
| Subject Visible From Street | Yes |
| Design Style | Ranch |
| Style Typical of Neighborhood | Yes |
| Exterior Color | Sand |
| Real Estate Agent/For Sale Sign Visible | No |
| Parking Type | Attached Garage |
| Garage/Carport Capacity | 1 |

## Property Condition

| | |
|---|---|
| Property Condition | C4 |
| Condition Relative to Adjacent Properties | Similar or Model Match |
| Boarded Home | No |
| Vandalized Home | No |
| Winterized Home | No |
| Property Under Construction or Renovation | No |
| Siding Type | Vinyl |
| Siding Condition | Good |
| Roof Type | Composition shingle |
| Roof Condition | Good |

## Tax Assessment

| | |
|---|---|
| Assessed Value | 88,250 |
| Annual Property Taxes | $8,005 |

## Homeowners Association

| | |
|---|---|
| Condo or Association | No |
| Association Contact Name | |
| Association Contact Phone | |
| Fee | |
| Current | |
| Fee Delinquent | |
| Fee Includes | |

## Neighborhood Valuation Drivers

| | |
|---|---|
| Neighborhood Type | Rural |
| Neighborhood Condition | Good |
| Foreclosure Activity | LOW |
| Boarded Homes | No |
| Audible Freeway/Highway Noise | No |
| Overhead Powerlines | No |
| Commercial Uses | No |
| Railroad Tracks | No |
| Airport/Flightpath | No |
| Waste Management Facilities | No |
| Gated Community | No |
| Community Pool/Park | No |
| Nearby Schools | Good |

## Subject Valuation Drivers

| | |
|---|---|
| Waterfront View | Yes |
| Golf Course View | No |
| Other | |

## Structural Assessment

| | |
|---|---|
| Structural Damage | No |
| Broken Doors/Windows | No |
| Major Cracks in Foundation/Walls | No |
| Evidence of Fire Damage | No |
| Evidence of Flood/Water Damage | No |
| Evidence of Natural Disaster | No |

## Inspector's Comments

The subject appears to be in overall average to fair condition. It has no apparent major physical deficiencies. It has a winter Waterview.

AGENT
Mark Ogden

LICENSE NUMBER
NY

INSPECTION DATE
02/19/2020

# BPOPro™
## EXTERIOR

PROPERTY ADDRESS:
86 East Lake Drive
Montauk, NY 11954

BORROWER NAME:

COUNTY:
SUFFOLK

REFERENCE NUMBER:

REPORT DATE:
02/19/2020

## Repairs

| Repair | Required | Comments | Cost Estimate |
|---|---|---|---|
| | | No repairs noted | |
| Total All Repairs | | | $0.00 |
| Total Required Repairs | | | $0.00 |
| Estimated days to complete repairs | | | Between 0 and 0 days |

Clarocity
Powered by Opteon Solutions Valuation West Copyright ©2020

REPORT DATE: 02/19/2020
REFERENCE NUMBER:
COUNTY: SUFFOLK
BORROWER NAME:
PROPERTY ADDRESS: 86 East Lake Drive, Montauk, NY 11954
BPOPro™ EXTERIOR


Subject Front View
2020-02-19 08:27


Subject Left Profile
2020-02-19 08:25


Subject Right Profile
2020-02-19 08:25


Street Scene (Left)
2020-02-19 08:24

BPO Pro™ EXTERIOR

PROPERTY ADDRESS:
86 East Lake Drive
Montauk, NY 11954

BORROWER NAME:

COUNTY:
SUFFOLK

REFERENCE NUMBER:

REPORT DATE:
02/19/2020

Street Scene (Right)




Subject Address




# BPO Pro™ EXTERIOR

PROPERTY ADDRESS:
86 East Lake Drive
Montauk, NY 11954

BORROWER NAME:

COUNTY: SUFFOLK

REFERENCE NUMBER:

REPORT DATE: 02/19/2020

## Sold Comparables




**S1** 16 Sanger Place
Montauk, NY 11954



**S2** 35 Franklin Drive
Montauk, NY 11954



**S3** 19 Galton Place
Montauk, NY 11954






MLS Photo

Overhead View




Bird's Eye View





Clarocity



BPO Pro™
EXTERIOR

PROPERTY ADDRESS:
86 East Lake Drive
Montauk, NY 11954

BORROWER NAME:

COUNTY:
SUFFOLK

REFERENCE NUMBER:

REPORT DATE:
02/19/2020

Subject Neighborhood View

Order # 388194 | Commentary & Certification | Page 9 of 10

# BPOPro™
EXTERIOR

PROPERTY ADDRESS:
86 East Lake Drive
Montauk, NY 11954

BORROWER NAME:

COUNTY:
SUFFOLK

REFERENCE NUMBER:

REPORT DATE:
02/19/2020

## Comparable Comments & Adjustments (Adjustments, Seller Concessions, and Differences Between Subject and Comparables Affecting Value)

### Sold Comparables

**S1** Parcel Number: 0300-031.00-04.00-021.004 ; Interior lot, Interior no basement, Inferior no garage, Inferior no waterview. DESCRIPTION Grab your board, beach chair or blanket and hit the sands at Ditch plains beach from this 2000+ sq.ft. beach house just minutes to the surf at dirt or Ditch Witch lots. The home offers 4 bedrooms, 2 baths, A-framed cathedral ceiling living space, granite open kitchen, large den/office, sunlight deck, shaded back lounge deck, Ditch Plains awaited you from this 4 bedroom, 2 bath two story beach located 1.5 short blocks form dirt lot or the Ditch Witch.

**S2** Parcel Number: 0300-070.00-04-00-007-000 Inferior no garage, Superior living space, Inferior lot, Superior condition. Property Description: Entirely renovated with gorgeous finishes throughout, this three bedroom beach house in Hither Hills is three lots away from the ocean shore. The sun drenched living room has walls of glass and cathedral ceilings with a white brick fireplace open to the sparkling new kitchen. The gourmet kitchen has a center island, stainless steel top-grade appliances, custom cabinetry and has a dining area with glass sliders to the outdoor wrap-around patio.

**S3** Superior living space, Superior garage, Superior CAC, Superior fireplace, Superior age

### Listed Comparables

**L1** Superior finished basement, Superior lot, Superior age, Superior IGP, Superior garage. Property Description: Set on a private 1.55acre waterview property off East Lake Drive, this 2300sf open floor plan home also offers a 1530sf lower level with 10'ceilings, a pool house with bath, and an in ground pool. The main floor has a large, raised kitchen overlooking a wrap around living/dining space with huge windows and doors bringing the outside in. The entire second level is a master bedroom suite with deck overlooking Lake Montauk, endless possibilities. Sold as is.

**L2** Interior view, Inferior living space, Inferior lot, Superior age, Superior garage

**L3** Superior garage, Inferior no basement, Inferior lot, Inferior age, Superior CAC

## Commentary

Low inventory for this size home will result in a necessity to exceed guidelines concerning the list price range between the high and low under normal marketing time. The recommended sold comps were all waterfront with superior land values.

---

This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser shall be obtained. This opinion may not be used by any party as the primary basis to determine the value of a parcel of or interest in real property for a mortgage loan origination, including first and second mortgages, refinances, or equity lines of credit.

| AGENT NAME: | AGENCY: |
|---|---|
| Mark Ogden | Realty Now Inc |
| REPORT DATE: | LICENSE STATE: |
| 02/19/2020 | NY |
| AGENT PHONE: | LICENSE NUMBER: |
| 631-338-7100 | 10311205209 |
| | AGENT EMAIL: |
| | mtogden@gmail.com |
| | AGENT EXPERIENCE: |
| | 28 Years |

Signature: /s/ Mark Ogden 02-19-20 12:19 pm

Clarocity



# CONFIDENTIAL RESEARCH CO.
## A PRIVATE INVESTIGATIONS AGENCY

info@confidentialresearch.com
www.confidentialresearch.com

888 HUGUENOT AVENUE
STATEN ISLAND, NY 10312
OFFICE: 718-966-8196
FAX: 718-966-9316

## MARCH 12, 2020

### *ATTORNEY WORK PRODUCT*
### *PRIVILEGED AND CONFIDENTIAL*

## BANK ACCOUNT INVESTIGATION REPORT
## ON

### Melvin Kanan

This report is confidential and is intended solely for the information and use of the client to whom it is addressed. All information provided in this report was developed from sources deemed reliable; however, Confidential Research Co. does not guarantee the accuracy or completeness of outside agency records. This report is strictly confidential and has been prepared in anticipation of litigation. Its development and the information contained herein are confidential and should always be considered an attorney/client work product. No part of this report may be reproduced, copied or distributed without the express written permission of Confidential Research Co.

Subject information

NAME: Melvin Kanan
ADDR: 2770 5th St, #22C, Brooklyn, NY 11224
111 Melissa Ln, Hawley, PA 18428

 

---

Banking information

Capital One Bank
3090 Ocean Ave,
Brooklyn, NY 11235

Business Checking account.
Account balance: $927.19
This account is linked to his SSN.

==========

Wayne Bank
63 Welwood Ave,
Hawley, PA 18428

Personal savings account.
Account balance: $1,007.81

---

We found no other accounts using this subject's name & social security number.
We did find he has a lot of debt including a foreclosure in which he owed $910,000.