EXHIBIT "C"

**From:** adam.kalish@kalishpc.com,
**To:** ctalawman@aol.com,
**Subject:** Re: Motion for a receiver Opposition 2 of 2 Emails
**Date:** Thu, Aug 27, 2020 1:50 pm

My client will be available via virtual deposition since he is in Florida. You have the assignment documents, if you are looking for the Purchase Agreement, then no we will not be turning that over.

On Thu, Aug 27, 2020 at 1:17 PM <ctalawman@aol.com> wrote:
When is your client available? Will you be sending me the discovery I demanded? Specifically, the agreement with the prior lender to assign the note and mortgage. They are usually less than 12 pages. Thank you.

Christopher Thompson, ESQ.
33 Davison Lane East
West Islip, NY 11795
Phone: 631-983-8830
Fax: 631-983-8831


-----Original Message-----
From: Adam Kalish <adam.kalish@kalishpc.com>
To: Chris Thompson, Esq. <ctalawman@aol.com>
Sent: Wed, Aug 26, 2020 12:33 pm
Subject: Re: Motion for a receiver Opposition 2 of 2 Emails

When do you want to do depositions?

On Mon, Aug 17, 2020 at 7:05 PM <ctalawman@aol.com> wrote:

Christopher Thompson, ESQ.
33 Davison Lane East
West Islip, NY 11795
Phone: 631-983-8830
Fax: 631-983-8831



Adam Kalish Esq.
The Law Firm of Adam Kalish P.C.
182A 26th Street
Brooklyn, New York 11232
(718) 857-3664

By appointment only
9306 Flatlands Ave
Brooklyn, New York 11236

(718) 272 - 6040
http://kalishlawnyc.com/
https://www.facebook.com/TheLawFirmOfAdamKalish
https://twitter.com/KalishPC

www.linkedin.com/in/adamkalish/

CONFIDENTIALITY NOTICE: This email and any documents attached may contain confidential information belonging to the sender which is PRIVILEGED BY LAW. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copy or distribution of the contents, or taking of any action in reliance upon the contents of this email, is strictly prohibited. If you have received this email in error, please notify the sender immediately by replying to this message and immediately thereafter deleting this message and any attachments along with all backups and copies from your computer and e-mail account. Thank you in advance for your cooperation.

--



Adam Kalish Esq.
The Law Firm of Adam Kalish P.C.
182A 26th Street
Brooklyn, New York 11232
(718) 857-3664

By appointment only
9306 Flatlands Ave
Brooklyn, New York 11236
(718) 272 - 6040
http://kalishlawnyc.com/
https://www.facebook.com/TheLawFirmOfAdamKalish
https://twitter.com/KalishPC

www.linkedin.com/in/adamkalish/

CONFIDENTIALITY NOTICE: This email and any documents attached may contain confidential information belonging to the sender which is PRIVILEGED BY LAW. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copy or distribution of the contents, or taking of any action in reliance upon the contents of this email, is strictly prohibited. If you have received this email in error, please notify the sender immediately by replying to this message and immediately thereafter deleting this message and any attachments along with all backups and copies from your computer and e-mail account. Thank you in advance for your cooperation.