UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
JDP MORTGAGE LLC,

                    Plaintiff,

                                              ADOPTION ORDER
          -against-                          19-CV-5968(JS)(SIL)

MICHELE ANN GOSMAN,

                    Defendant.
------------------------------------X
APPEARANCES
For Plaintiff:      Adam Kalish, Esq.
                    The Law Offices of Adam Kalish P.C.
                    182A 26th Street, Suite 2R
                    Brooklyn, New York 11232

For Defendant:      Christopher H. Thompson, Esq.
                    Law Offices of Christopher Thompson
                    33 Davison Lane East
                    West Islip, New York 11795


SEYBERT, District Judge:

          Plaintiff JDP Mortgage LLC's ("Plaintiff") commenced

this action on October 23, 2019, alleging, among other things,

that Defendant Michele Ann Gosman ("Defendant") tortiously

interfered with a mortgage that was assigned to Plaintiff. (See

generally Compl., ECF No. 1.)  On October 5, 2020, Plaintiff filed

a motion requesting that the Court appoint a receiver to "demand,

collect, receive from the tenants of the [mortgaged] property, .

. . all rents, maintenance fees and or other charges relating to

the property, now due and unpaid or which become due hereafter."

(Mot., ECF No. 21, at 3.)  On December 21, 2020, Magistrate Judge

Steven I. Locke issued a Report and Recommendation recommending that the Court deny the motion.  ("R&R," ECF No. 29.)

The time to object has expired and no objections to the R&R have been filed.  As such, pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error, and, finding none, concurs in both its reasoning and its result.  See Off. Comm. of Unsecured Creditors of Exeter Holding, Ltd. v. Haltman, No. 13-CV-5475, 2020 WL 2832192, at *4 (E.D.N.Y. June 1, 2020) (reviewing a report and recommendation without objections for clear error); Coburn v. P.N. Fin., No. 13-CV-1006, 2015 WL 520346, at *1 (E.D.N.Y. Feb. 9, 2015) (same).

Accordingly, the R&R (ECF No. 29) is ADOPTED in its entirety.  Plaintiff's motion for the appointment of a receiver (ECF No. 21) is DENIED.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: January  7 , 2021
       Central Islip, New York